No. 92–8649. IN RE DAY; and

No. 92–8710. IN RE ANDERSON. Petitions for writs of mandamus denied.

No. 92–8472. IN RE VEY;

No. 92–8473. IN RE VEY; and

No. 92–8646. IN RE O'LEARY. Petitions for writs of mandamus and/or prohibition denied.

No. 92–1479. MCDERMOTT, INC. *v.* AMCLYDE ET AL. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 92–1662. UNITED STATES *v.* GRANDERSON. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 92–8579. ELDER *v.* HOLLOWAY ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 91–375. PLEDGER, DIRECTOR, DEPARTMENT OF FINANCE AND ADMINISTRATION OF ARKANSAS, ET AL. *v.* BOSNICK ET AL. Sup. Ct. Ark. Certiorari denied.

No. 91–1131. WINTERTHUR REINSURANCE CORPORATION OF AMERICA *v.* CALIFORNIA; and

No. 91–1146. UNIONAMERICA INSURANCE CO. LTD. ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5862. BOGGESS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–7399. JACKSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–7669. WILKERSON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.